IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL AND KRISTEN BARKER, h/w, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO.  13-5081 |
| WILMER L. HOSTETTER AND JOYCE L. HOSTETTER, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *15th* day of *April*, 2014, upon consideration of Defendant Keystone Custom Homes, Inc.'s and Defendant Willow Creek, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint and for a More Definite Statement (Docket No. 19), Defendants Wilmer L. Hostetter and Joyce L. Hostetter's Motion to Dismiss Plaintiffs' First Amended Complaint (Docket No. 20), and Plaintiffs' Responses in Opposition thereto (Docket Nos. 21 and 22), it is hereby **ORDERED** that the Motions are **GRANTED IN PART and DENIED IN PART** as follows:

1. As to Counts I, II, III, IV, and V of the First Amended Complaint, the Motion is **DENIED** as against all Defendants;

2. As to Count VI of the First Amended Complaint, the Motion is **DENIED** as against the Hostetter Defendants;

3. As to Count VII of the First Amended Complaint, the Motion is **DENIED** as against the Keystone and Willow Creek Defendants;

4. As to Count VI of the First Amended Complaint, the Motion is **GRANTED** as against the Keystone and Willow Creek Defendants and that claim is **DISMISSED;**

5. As to Count VII of the First Amended Complaint, the Motion is **GRANTED** as against the Hostetter Defendants and that claim is **DISMISSED**;

6. As to Count IX of the First Amended Complaint, the Motion is **GRANTED** as against all Defendants and that claim is **DISMISSED;** and

7. The Motion for a More Definite Statement of Defendants Keystone Custom Homes, Inc. and Willow Creek, LLC is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.