IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL AND KRISTEN BARKER, h/w, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO.  13-5081 |
| WILMER L. HOSTETTER AND JOYCE L. HOSTETTER, et al., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| & | : | |
| | : | |
| GARY ROEDER, et al., | : | |
| | : | |
| Third-Party Defendants. | : | |

**ORDER**

**AND NOW**, this *13th* day of *November*, 2014, upon consideration of Third-Party Defendants Hugh V. Archer, individually and doing business as Mavickar Environmental Consultants, Mavickar Environmental Consultants Inc., Mavickar Environmental Engineering Consultants, LLC, The Mavickar Group, LLC; Chesapeake Environmental Solutions, Inc., Hugh V. Archer doing business as Chesapeake Environmental Solutions; Tri-Tech Resources, Inc., Tri-Tech Resources, Inc., doing business as Lake, Roeder, Hillard & Associates; Gary Roeder; and Terr Aqua Facility Planning Consultants, LLC's Motions to Dismiss Defendants' Joint Third-Party Complaint and for a More Definite Statement (Docket Nos. 38, 39, 44, and 45), Third-Party Defendants Tri-Tech Resources, Inc., Tri-Tech Resources, Inc. d/b/a Lake, Roeder, Hillard & Associates, and Gary Roeder's Motion to Dismiss Defendants' Joint Third-Party Complaint for failure to file a certificate of merit (Docket No. 40), and Defendants' Omnibus

Response in Opposition (Docket No. 51), it is hereby **ORDERED** that the Motions are

**GRANTED IN PART and DENIED IN PART** as follows:

1. Third-Party Defendants' Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) are **GRANTED**;

2. Third-Party Defendants' Motions for a More Definite Statement pursuant to Federal Rule of Civil Procedure 12(e) are **DENIED** as moot;

3. Third-Party Defendants Tri-Tech Resources, Inc., Tri-Tech Resources, Inc. d/b/a Lake, Roeder, Hillard & Associates, and Gary Roeder's Motion to Dismiss for failure to file a Certificate of Merit is **DENIED** as moot.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*            .
RONALD L. BUCKWALTER, S.J.