IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL AND KRISTEN BARKER, h/w, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO.  13-5081 |
| WILMER L. HOSTETTER AND JOYCE L. HOSTETTER, et al., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| & | : | |
| | : | |
| GARY ROEDER, et al., | : | |
| | : | |
| Third-Party Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of March, 2015, upon consideration of the Motion by Third-Party Defendants Envirotec, Inc., Joseph Link, and H&H Rock Companies for Judgment on the Pleadings (Docket No. 59), the Motion by Third-Party Defendant Wastewater Monitoring, Inc. for Judgment on the Pleadings (Docket No. 60), the Motion by Third-Party Defendants Leo Kob Environmental, LLC, Leo Kob Co., Inc., Leo Kob Company, and Richard A. Erb to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(c) (Docket No. 63), and Defendants' Responses in Opposition (Docket Nos. 61, 62, and 64), it is hereby **ORDERED** that the Motions are **GRANTED**.  **JUDGMENT IS ENTERED** in favor of Third-Party Defendants Envirotec, Inc., Joseph Link, H&H Rock Companies, Wastewater Monitoring, Inc., Leo Kob Environmental, LLC, Leo Kob Co., Inc., Leo Kob Company, and Richard A. Erb, and against

Defendants Wilmer L. Hostetter, Joyce L. Hostetter, Keystone Custom Homes, Inc., and Willow Creek, LLC, on the entirety of the Third-Party Complaint.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.